

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2020

No. 04-20-00597-CR

Richard **LARES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CR-10110
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

## O R D E R

On December 21, 2020, the district clerk filed a notification of late record requesting additional time to prepare and file the clerk's record. After consideration, we **GRANT** the district clerk's request and **ORDER** the district clerk to file the clerk's record **by January 20, 2021**.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court